## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  **JANICE KEMP,** | |
| **Plaintiff,** | |
| **v.** | **Case No. CIV-13-994-W** |
| 1.  **INTEGRIS HEALTH, INC.,** | |
| **Defendant.** | |

## JOINT DISMISSAL WITH PREJUDICE

Plaintiff, Janice Kemp, by and through her attorneys of record, and Defendant Integris Health, Inc., by and through their attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties stipulate that they shall each bear their own attorneys fees and costs.

Respectfully submitted,


s/Raymond C. Durbin
*(Signed with permission of Plaintiff's counsel)*
Raymond C. Durbin, OBA #2554
601 N.W. 13th Street
Oklahoma City, Oklahoma 73103
Telephone (405) 521-0577
Facsimile (405) 525-0528

**ATTORNEYS FOR PLAINTIFF**


s/Elaine R. Turner
Elaine R. Turner, OBA #13082
Nathaniel T. Haskins, OBA  #22585
**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**
Chase Tower
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855

**ATTORNEYS FOR DEFENDANT**